■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD R. SCOTT, JR., Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent. [635 NYS2d 567] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed, without a hearing, the petition seeking a writ of habeas corpus. We previously rejected the contention of relator that double jeopardy attached to bar his retrial (*Matter of Scott v D'Amico*, 170 AD2d 1040, 1041, *lv dismissed* 77 NY2d 987). The court erred, however, in stating that "relator's remedy would be to seek further review under article 440 in the trial court". (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ GINO GRUARIN et al., Respondents, v FRANK S. SKRLIN, Appellant. [635 NYS2d 567] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Dismiss Action.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ SHARON DEGEN, Respondent, v HILLS STORES COMPANY et al., Appellants. [635 NYS2d 567] —Order unanimously reversed on the law without costs and motion granted. Memorandum: Supreme Court should have granted defendants' motion to dismiss plaintiff's action without condition. A party opposing a motion to dismiss pursuant to CPLR 3012 (b) for failure to timely serve a complaint must make an adequate showing of merit (*Kel Mgt. Corp. v Rogers & Wells*, 64 NY2d 904, 905; *Stolowitz v Mount Sinai Hosp.*, 60 NY2d 685, 686; *McMillan v Ryan*, 135 AD2d 1104, *lv denied* 71 NY2d 802; *Cummings v St. Joseph's Hosp. Health Ctr.*, 130 AD2d 957). Here, plaintiff appeared on defendants' motion, but submitted no papers in opposition. Thus, the failure of plaintiff to demonstrate the merits of her claims in response to the CPLR 3012 (b) motion requires the unconditional dismissal of the action (*Kel Mgt. Corp. v Rogers & Wells, supra; Young v Bassett Hosp.*, 190 AD2d 905; *McMillan v Ryan, supra; Hanley v Callanan Indus.*, 60 AD2d 706). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Dismiss Complaint.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ ARLENE A. HUGHES, as Director of the Mental Hygiene Legal Service of the Fourth Department, on Behalf of JOHN F.,